In re Michael Scott McRAE, Petitioner.

No. 00–7764.

United States Court of Appeals, Fourth Circuit.

Submitted April 30, 2001.

Decided May 23, 2001.

Michael Scott McRae, petitioner pro se.

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Michael Scott McRae has petitioned this Court for a writ of mandamus to compel the district court to act in his 28 U.S.C.A. § 2255 (West Supp.2000) motion. Because the district court has issued a final order denying McRae's § 2255 motion, his petition for mandamus relief is moot. Accordingly, we deny it as such.* We dispense with oral argument because the facts and legal contentions are adequately presented

* We grant, however, McRae's motion to pro-

in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

ceed without prepayment of fees.